UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ROBERT BRATTON-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00232-JPH-DLP |
| | ) | |
| INDIANA DEPART OF CORRECTIONS, | ) | |
| ROBERT CARTER Commissioner, | ) | |
| MARK LEVENHAGEN Mental Health Director, | ) | |
| WEXFORD, | ) | |
| BRIAN BERTSCH Dr., | ) | |
| ELLEN KARIS Dr., | ) | |
| DIANNA DWENGER Dr., | ) | |
| SHAD ALLEN Lt., | ) | |
| PRIMEAU Dr., | ) | |
| YVONNE PORTER Mental Health Therapist, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Dismissing Action
and Directing Entry of Final Judgment**

Robert Bratton-El is the last remaining plaintiff in a seven-plaintiff action brought pursuant to 42 U.S.C. § 1983. The plaintiffs are inmates in the Indiana Department of Correction who began this action while at the Wabash Valley Correctional Facility on May 15, 2019. For various reasons, in the last year all plaintiffs have dropped out of the suit except Mr. Bratton-El. He last communicated with the Court on October 17, 2019, when he submitted a request to participate in the Court's e-service program.  On January 29, 2020, Mr. Bratton-El was directed to inform the Court no later than February 19, 2020, whether he intended to proceed with this action. Mr. Bratton-El has not done so or had any other contact with the Court. Mr. Bratton-El has abandoned this case.

Accordingly, this action is **dismissed** without prejudice for failure to comply with a Court order and failure to prosecute. Fed. R. Civ. P. 41(b). Final judgment consistent with this Order, and the Orders of August 15, 2016, dkt. [16], and January 29, 2020, dkt. [26], shall now enter.

**SO ORDERED**.

Date: 5/8/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Robert Bratton-El
941692
Miami Correctional Facility – Inmate Mail/Parcels
3038 West 850 South
Bunker Hill, IN  46914-9810